1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   300 South First Street, Suite 342
    San Jose, California 95113
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   Emails: tanya@moorelawfirm.com
              service@moorelawfirm.com
5
    Attorney for Plaintiff,
6   Albert Dytch

7   CORFEE STONE LAW CORPORATION
    Catherine M. Corfee, Esq., SBN 155064
8   P.O. Box 1098
    Carmichael, CA 95609
9   T: (916) 487-5441; Fax: (916) 487-5440
    Email: corfee.catherine@gmail.com
10  corfee.assistant@gmail.com

11  Attorney for Defendant
    Baja Taqueria
12
                    **UNITED STATES DISTRICT COURT**
13
                 **NORTHERN DISTRICT OF CALIFORNIA**
14

15  ALBERT DYTCH,                        )  No.  3:23-cv-04614-CRB
                                         )
16                                       )
                       Plaintiff,        )  **STIPULATION FOR DISMISSAL OF**
17          vs.                          )  **ACTION**
                                         )
18                                       )
    BAJA TAQUERIA, INC., et al.,         )
19                                       )
                                         )
20                     Defendants.       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, Baja Taqueria, Inc. ("Defendants"), the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. No counter-claims have been filed. Each party is to bear its own attorneys' fees and costs.

Dated: January 9, 2024                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Albert Dytch


Dated: January 9, 2024                    CORFEE STONE LAW CORPORATION


                                          */s/ Catherine M. Corfee*
                                          Catherine M. Corfee
                                          Attorney for Defendants,
                                          Baja Taqueria, Inc.

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Albert Dytch

STIPULATION FOR DISMISSAL OF ACTION